United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1286

_____

Michael R. Williams,             *
                                      *

       Plaintiff - Appellant,    *
                                        *

     v.                         *
                                      *

Correctional Medical Systems,   *
Healthcare providers of Moberly  *
Correctional Center; Unknown    *
Kundson, Dr.; David D. Scherr, Dr., *
is sued in his individual & official *
capacities; Kevin Martin, Dr., is sued *
in his individual & official capacities; *
Gerald Jorgenson, Healthcare     *
Administrator at MCC, is sued in   *   Appeal from the United States
his individual & official capacities;  *   District Court for the
James A. Gammon, Superintendent;  *   Eastern District of Missouri.
Teresa Thorngburg, Supt. MCC; Dora *
B. Schriro, Dept. Director all     *
representing the DOC sued in their  *
individual & official capacities; Ralf *
Salke, the MCC regional administrator; *
Randall Treadwell, the CMS regional *
medical director; Julie Muller, a CMS *
regional medical manager; Unknown  *
Langland; Unknown Williamson, a   *
MCC doctor; Unknown Wayne, a    *
MCC doctor; L. Hampton, a MCC   *
doctor; Warren Stark, a MCC doctor, *   [UNPUBLISHED]
                                        *

       Defendants - Appellees.   *

_____

Submitted: January 29, 1998
Filed: February 6, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Michael R. Williams, a Missouri inmate, appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his 42 U.S.C. § 1983 action. Williams brought claims against the defendants alleging deliberate indifference to medical needs. Upon a careful review of the record and Williams's brief, we conclude that the district court's decision was correct. We deny all of Williams's pending motions.

Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.